E-FILED
Friday, 16 July, 2010  05:07:29 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| STEVE BRESTAN and JAMIE BRESTAN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 07-cv-1179 |
| LANCE SKAGGS, JOSH ALLENBAUGH, KEVIN SLAVENS, JOHN WILLIAMS, PAUL SEGROVES, ERIN BARISCH, and DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## O P I N I O N and O R D E R

On February 12, 2010, Plaintiff submitted a memorandum [Doc. 95] in response to the Motion for Summary Judgment. The Memorandum appears to be incomplete in that a number of objections to Defendants' Statement of Material Facts and one of Plaintiffs' Statement of Material facts are fragment sentences.

Plaintiffs are ORDERED to refile a complete version of Section II of their Memorandum which includes undisputed material facts, disputed material facts, immaterial facts, and additional facts (of which only #14 appears to be incomplete). Because it appears that this is merely a typographical or filing error, Plaintiffs' supplemental filing is due by July 16, 2010.

Entered this 15th day of July, 2010

                                              s/ Joe B. McDade
                                              JOE BILLY MCDADE
                                    United States Senior District Judge